ACCEPTED
02-15-00271-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
8/19/2015 5:45:52 PM
DEBRA SPISAK
CLERK

## CAUSE NO. 2010-PR02868-1

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| JACK V. JONES, | § | NUMBER ONE |
| | § | |
| DECEASED | § | TARRANT COUNTY, TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
8/19/2015 5:45:52 PM
DEBRA SPISAK
Clerk

### NOTICE OF APPEAL

Jana Jones Smalley, as Administrator of the Estate of Jack V. Jones, Applicant, files this her Notice of Appeal of the "Judgement Granting Declaratory Relief" dated May 21, 2015, to the Second Court of Appeals, Fort Worth, Texas. A Motion for New Trial was filed thereby extending the appeal date until August 19, 2015.

Request has been made to the official court reporter to complete the transcript of the trial proceedings. See Exhibit A.

Filed along with this Notice of Appeal and made a part hereof is Applicant's Request for Preparation of Clerk's Record.

**WHEREFORE,** Jana Jones Smalley, as Administrator files this Notice of Appeal.

Respectfully submitted,

_____
David C. Bakutis
State Bar No. 01610300

BAKUTIS, McCULLY & SAWYER, P.C.
500 West Seventh Street, Suite 725
Fort Worth, Texas 76102-4772
(817) 335-2208 - Telephone
(817) 332-6532 - Telecopier
dbakutis@lawbms.com

ATTORNEYS FOR JANA JONES SMALLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of August, 2015, a true and correct copy of the above and foregoing instrument was served in accordance with the Texas Rules of Civil Procedure on counsel of record as follows:

James R. Claunch                                          *Via E-Filing*
The Claunch Law Firm
2912 W. 6th Street
Fort Worth, Texas 76017

_____
David C. Bakutis

# BAKUTIS, McCULLY & SAWYER, P.C.
### Attorneys and Counselors

David C. Bakutis*
R. Dyann McCully*
Joel T. Sawyer*
W. Michael Wiist*
James Byron Ravsten
Beth Hampton
Robert L. Loudermilk

*Board Certified
Estate Planning & Probate Law
Texas Board of Legal Specialization

500 W. Seventh Street, Suite 725
Fort Worth, Texas 76102

(817) 335-2208
Fax (817) 332-6532

Our File No 7476

January 19, 2015

Ms. Ashlee Wells                                                    *Via Email*
Tarrant County Courthouse
100 W. Weatherford Street
Fort Worth, Texas 76196

    Re:    Trial Court Case Number:    Cause No. 2010-PR02868-1

Dear Ashlee:

    We request that you prepare the trial transcript in the above referenced matter from April 9, 2014 and file the transcript of record with the Court of Appeals.

    Thank you for your assistance in this matter.

        Very truly yours,

        David C. Bakutis

DCB:ca

cc:    Colin Murchison                                        *Via Email*
       Court of Appeals                                       *Via E-filing*



EXHIBIT

A